FILED

07/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0248

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0248

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DILLON PATRICK PIERCE,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 18, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 12 2023